UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lnag,
and Donald E. Johnson,

Plaintiffs,

v..

Parker Hannifin Corporation and
Petram Marketing, Inc.,

Defendants.

Civil Number 00-2135 MJD/SRN

**ORDER**

This matter came before the Court on stipulation of the parties that, pursuant to Rules 19 and 21 Fed.R.Civ.P., Wynn Oil Company be substituted as a party defendant in place of Parker Hannifin Corporation. The parties further stipulated that the time for Defendants to answer or otherwise respond to Plaintiff's Complaint be extended until October 26, 2000.

**IT IS SO ORDERED.**

DATED: October 11, 2000.

Susan Richard Nelson
United States Magistrate Judge

FILED OCT 11 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RECEIVED
BY MAIL
OCT 10 2000
CLERK US DIST COURT
ST. PAUL, MN

| | |
|---|---|
| Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson,<br>Plaintiffs,<br>v.<br>Parker Hannifin Corporation and Petram Marketing, Inc.,<br>Defendants. | Civil No. 00-CV-2135 MJD/SRN<br><br>STIPULATION SUBSTITUTING PARTIES AND EXTENDING TIME TO RESPOND TO COMPLAINT |

IT IS HEREBY STIPULATED and agreed to by and between Plaintiffs, Transclean Corporation, James P. Viken, Jon A. Lang and Donald E. Johnson and Defendants, Parker Hannifin Corporation and Petram Marketing, Inc., through their respective counsel of record, that pursuant to Rules 19 and 21 Fed.R.Civ.P., Wynn Oil Company is hereby substituted as a party defendant in place of Parker Hannifin Corporation. ~~The Complaint against Parker Hannifin Corporation is hereby dismissed without prejudice.~~ ckL EoC

The parties further stipulated and agreed that the time within which Defendants must answer or otherwise respond to Plaintiffs' Complaint be and hereby is extended from October 6, 2000 through and including October 26, 2000.

This stipulation is the parties' first stipulation for an extension of time.

IT IS SO STIPULATED.

Dated: October 4, 2000

[signature]

Edward F. O'Connor
Jan P. Weir
STRADLING, YOCCA, CARLSON & RAUTH
660 Newport Center Drive, 16th Floor
Newport Beach, CA 92660
(949) 725-4000

Attorneys for Defendants, Parker Hannifin Corporation, Petram Marketing, Inc. and Wynn Oil Company

Dated: October 6, 2000

[signature]

Alan M. Anderson (149500)
Christopher K. Larus (226828)
Cynthia M. Klaus (27883X)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson