**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lang,
and Donald E. Johnson,

Plaintiffs,

v.

Wynn Oil Company, a California corporation,
and Petram Marketing, Inc.,

Defendants.

File No. 00-CV-2135 MJD/SRN

**STIPULATION AND ORDER MODIFYING PRETRIAL SCHEDULING ORDER**

The parties, by their attorneys, have stipulated to the following modifications to the Court's Pretrial Scheduling Order, and hereby move that the Court enter the following Order:

The Court's Pretrial Scheduling Order Shall be amended as follows:

1. Discovery shall be commenced in time to be completed by October 1, 2001;

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. Party with burden of proof on or before August 16, 2001; and

   b. Rebuttals on or before September 15, 2001.

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED ______
DEPUTY CLERK'S INITIALS ______

Dated: June 27, 2001.

Alan M. Anderson (149500)
Christopher K. Larus (226828)
Cynthia M. Klaus (27883X)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson

Dated: June __, 2001.

Edward F. O'Connor (123,398)
Jan P. Weir (43,253)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, South 1600
Newport Beach, California 92660
(949) 725-4000

Attorneys for Defendants Wynn Oil Company and Petram Marketing, Inc.

**ORDER**

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated: ____________________

Susan Richard Nelson
United States District Magistrate Judge

::ODMA\PCDOCS\LIB1\686153\1

Dated: June 27, 2001.

Alan M. Anderson (149500)
Christopher K. Larus (226828)
Cynthia M. Klaus (27883X)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson

Dated: June 27, 2001.

Edward P. O'Connor (123,398)
Jan P. Weir (43,253)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, South 1600
Newport Beach, California 92660
(949) 725-4000

Attorneys for Defendants Wynn Oil Company and Petram Marketing, Inc.

**ORDER**

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated: July 9, 2001

Susan Richard Nelson
United States District Magistrate Judge

::ODMA\PCDOCS\LIB1\686153\1