**ORIGINAL**

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lang,
and Donald E. Johnson,

Plaintiffs,

v.

Wynn Oil Company, a California
corporation, and Petram Marketing, Inc.,

Defendants.

File No. 00-CV-2135 MJD/SRN

**STIPULATION AND AMENDED SCHEDULING ORDER**

Following a telephone conference with Magistrate Judge Susan Nelson, the parties, by their attorneys, have stipulated to the following modifications to the Court's Pretrial Scheduling Order, and hereby move that the Court enter the attached Order.

Dated: September 11, 2001.

Alan M. Anderson (149500)
Christopher K. Larus (226828)
Cynthia M. Klaus (27883X)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(952) 835-3800

Attorneys for Plaintiffs Transclean Corporation,
James P. Viken, Jon A. Lang, and Donald E. Johnson

Dated: September 10, 2001.

Edward F. O'Connor (123,398)
Jan P. Weir (43,253)
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, South 1600
Newport Beach, California 92660
(949) 725-4000

SEP 12 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Jeffery J. Bouslog (174671)
Andrew S. Hansen (285894)
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VI Building
45 South Seventh Street
Minneapolis, Minnesota 55402-1609
(612) 607-7000

Attorneys for Defendants Wynn Oil Company and Petram Marketing, Inc.

::ODMA\PCDOCS\LIB1\701531\1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lang,
and Donald E. Johnson,

Plaintiffs,

v.

Wynn Oil Company, a California
corporation, and Petram Marketing, Inc.,

Defendants.

File No. 00-CV-2135 MJD/SRN

**AMENDED SCHEDULING ORDER**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern the proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Non-expert discovery shall be commenced in time to be completed by October 15, 2001. Expert discovery, other than for experts relating to damages, shall be completed by November 1, 2001.**

2. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 15, 2001.

3. Disclosure of the identity of expert witnesses, **other than those relating to damages,** under Rule 26(a)(2)(A) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. **Party with burden of proof on or before October 1, 2001.**

   b. **Rebuttals on or before October 30, 2001.**

   c. **Deadlines for disclosures and discovery relating to damages experts shall be set by the court following a ruling on the parties' dispositive motions.**

4. No more than 25 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 3 expert depositions.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by April 2, 2001.

2. All other non-dispositive motions and supporting documents, including those which relate to non-expert discovery, shall be served and filed by **October 30, 2001**.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served, filed and heard by **December 15, 2001,** (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Angela Chianelli, 612-664-5073.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial (JURY) on **March 1, 2002**, or upon resolution of any pending dispositive motions. Anticipated length of trial is 5-7 days.

**ORDER**

**IT IS SO ORDERED.**

**BY THE COURT:**

Dated: 9/12/01

Susan Richard Nelson
United States District Magistrate Judge

..ODMA\PCDOCS\LIB1\701531\1

# Please forward this announcement to the recipient of this fax.

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500