138411

# UNITED STATED DISTRICT COURT
**District of Minnesota**
**Clerk's Office, 708 Federal Building**
**316 North Robert Street, St. Paul, MN 55101, Phone: (651) 848-1100**

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** **00-2135 (MJD/SRN)** **Case Title:** **Transclean Corporation v. Wynn Oil Company**

**Affidavit of Movant**

I, **Andrew S. Hansen**, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice **Jennifer L. Waier**, an attorney admitted to practice in the **Central District of California**, but not admitted to the bar of this court who will be counsel for the defendants in the case listed below. I am aware that the local rules of this court require that I participate in the presentation of the case listed below, and that I accept service of all papers served.

Signature | 285894 MN Attorney License # | 9/21/01 Date

**Affidavit of Proposed Admittee**

I, Jennifer L. Waier, am currently a member in good standing of the U.S. District Court for the Central District of California, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Jennifer L. Waier Signature 09/18/01 Date

Attorney License Number: 209813
Law Firm Name & Address: Stradling Yocca Carlson & Rauth
660 Newport Center Drive
16th Floor
Newport Beach, CA 92660
Telephone: (949) 725-4000

Motion Granted: ______________ SEP 25 2001 Date
For the Court: Francis E. Dosal, Clerk

Note: The original of this form and the Pro Hac Vice admission of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

DOCSOC\846645v1\16968.0003

FILED SEP 25 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____