**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TRANSCLEAN CORPORATION, a Minnesota corporation, JAMES P. VIKEN, an individual, JON A LANG, an individual, and DONALD E. JOHNSON, an individual,

Plaintiffs,

v.

WYNN OIL COMPANY, a California corporation, and PETRAM MARKETING,

Defendants.

Civil No. 00-CV-2135 MJD/SRN

**STIPULATION AND ORDER**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned counsel for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson, and Defendants Wynn Oil Company and Petram Marketing, Inc., (collectively "the Parties"), and Century Manufacturing Company, as follows.

**WHEREAS**, on or about September 6, 2001, Defendants served a notice of taking deposition and subpoena duces tecum on Century Manufacturing Co. (hereinafter "Century"), a non- party to this litigation;

**WHEREAS**, the subpoena duces tecum requests Century to produce documents, and the notice of taking deposition identifies subject areas on which Century is requested to testify, which are subject areas Century regards as confidential to its business;

**WHEREAS**, Century has objected to the subpoena in a timely fashion, in part on the basis that the documents requested are confidential commercial information;

OCT 1 1 2001
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**WHEREAS,** the Court has previously entered a protective order dated April 16, 2001 in this case allowing to produce discovery material on a confidential basis, including on an attorneys' eyes only basis;

**WHEREAS,** pursuant to the terms of that order, Century is entitled to the protections of that order in accordance with paragraphs 13 and 14 thereof.

**NOW, THEREFORE,** the parties and Century agree as follows:

1. Century will producc documents and provide testimony Century pursuant to paragraphs 13 and 14 of the Court's order dated April 16, 2001, and which shall be discoverable by the parties only on an attorneys' eyes only basis, and such material will only be disclosed and disseminated in accordance with paragraph 2.(d) of the Court's Order.

2. Nothing herein precludes any party from offering into evidence at trial any documents produced by Century, or any testimony provided by Century, produced or given pursuant to the subpoena previously served upon Century.

3. Nothing herein precludes Century from objecting to any party's offering into evidence at trial any documents produced by Century, or any testimony provided by Century, produced or given pursuant to the subpoena previously served upon Century.

4 Any party who intends to offer into evidence at trial any documents produced by Century, or any testimony provided by Century, produced or given pursuant to the subpoena previously served upon Century, shall provide written notice to Century by fax and mail to their attorney, Bruce C. Recher, Henson & Efron, P.A., 400 Second Avenue South, Suite 1200, Minneapolis, Minnesota 55401, no later than 14 days prior to the trial of this matter.

**AGREED TO:**

**TRANSCLEAN CORPORATION, JAMES P. VIKEN, JON A. LANG, and DONALD E. JOHNSON**

By their attorneys:

Dated: 10/4, 2001.

By: Alan M. Anderson
Alan M. Anderson, #149500
Christopher K. Larus, #226828
Cynthia M. Klaus, #27883X
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone: (952) 835-3800

**WYNN OIL COMPANY and PETRAM MARKETING, INC.**

By their attorneys:

Dated: ____________________, 2001.

By: ______________________________
Jan P. Weir, #43,253
Edward F. O'Connor, #123,398
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite #1600
Newport Beach, California 92660
Telephone: (949) 725-4000

**AGREED TO:**

**TRANSCLEAN CORPORATION, JAMES P. VIKEN, JON A. LANG, and DONALD E. JOHNSON**

By their attorneys:

Dated: ____________________, 2001.

By:________________________________________
Alan M. Anderson, #149500
Christopher K. Larus, #226828
Cynthia M. Klaus, #27883X
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Minneapolis, Minnesota 55431-1194
Telephone: (952) 835-3800

**WYNN OIL COMPANY and PETRAM MARKETING, INC.**

By their attorneys:

Dated: ____________________, 2001.

By: [signature]
Jan P. Weir, #43,253
Edward F. O'Connor, #123,398
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite #1600
Newport Beach, California 92660
Telephone: (949) 725-4000

**CENTURY MANUFACTURING COMPANY**

By their attorneys:

Dated: 10/9/01, 2001.

By: [signature]

Bruce C. Recher, #89989
HENSON & EFRON, P.A.
1200 Title Insurance Building
400 Second Avenue South
Minneapolis, Minnesota 55401
Telephone: (612) 339-2500

**SO ORDERED,** this 11th day of October, 2001.

[signature]

SUSAN RICHARD NELSON
United States District Magistrate Judge

165408.WPD