UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lang,
and Donald E. Johnson,

Civ. File No. 00-2135 (MJD/SRN)

Plaintiffs,

v.

**ORDER**

Wynn Oil Company,
a California corporation, and
Petram Marketing, Inc.,

Defendants.

---

This matter is before the Court on Plaintiffs' appeal of Magistrate Judge Susan Richard Nelson's Order of November 7, 2001. Plaintiffs seek reversal of Magistrate Judge Nelson's Order limiting the scope of third party RT Autosmart's ("RTA") obligation to produce documents in response to Transclean's subpoena concerning products that are not functionally related to Defendants' alleged infringing devices. Plaintiffs also seek reversal of Magistrate Judge Nelson's Order precluding Transclean from deposing RTA.

The Court must modify or set aside any portion of the Magistrate Judge's order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). In light of this Court's Order of November 27, 2001, Plaintiffs are entitled to discovery consistent with that Order, and therefore, RTA is to comply with Plaintiffs' subpoena to that extent, assuming it has not already done so. With respect to

FEB 20 2002
RICHARD D SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

deposing RTA, the Court concludes that Magistrate Judge Nelson's decision was not clearly erroneous or contrary to law. Magistrate Judge Nelson's Order at least suggested that allowing deposition of a small company such as RTA would be unduly burdensome. The Court agrees and finds ample evidence that this would be the case, particularly when the record indicates that RTA does not have many documents that are responsive to Plaintiffs' subpoena. The Court concludes that Magistrate Judge Nelson's requirement that RTA produce a detailed affidavit, admissible at trial, is sufficient.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs' Appeal of Magistrate Judge Susan Richard Nelson's Order of November 7, 2001 (Clerk Doc. No. 27) is **GRANTED IN PART AND DENIED IN PART**;

2. That portion of Magistrate Judge Susan Richard Nelson's Order limiting the scope of third party RT Autosmart's ("RTA") obligation to produce documents in response to Transclean's subpoena concerning products that are not functionally related to Defendants' alleged infringing devices is **REVERSED**; and

3. That portion of Magistrate Judge Susan Richard Nelson's Order precluding the deposition of RTA is **AFFIRMED**.

Dated: 2-19, 2002

Michael J. Davis
United States District Court Judge