UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRANSCLEAN CORPORATION, JAMES P. VIKEN, JON A. LANG, AND DONALD E. JOHNSON,

Plaintiffs,

v.

WYNN OIL COMPANY, A CALIFORNIA CORPORATION, AND PETRAM MARKETING, INC.,

Defendants.

FILE NO. 00-CV-2135 MJD/SRN

**STIPULATION AND AMENDED SCHEDULING ORDER**

WHEREAS, the Court's Amended Scheduling Order, dated September 21, 2001, provides that the deadlines for disclosures and discovery relating to damages experts shall be set by the court following a ruling on the parties' dispositive motions; and

WHEREAS, the court has now denied the dispositive motions brought by Defendants Wynn Oil Company and Petram Marketing, Inc.; and

WHEREAS, on November 27, 2001, Judge Michael J. Davis granted the Plaintiffs' appeal of Magistrate Judge Susan R. Nelson's Order of September 13, 2001, and thereby allowed the Plaintiffs to conduct additional fact discovery; and

WHEREAS, in light of the Court's Amended Scheduling Order providing for additional discovery following a ruling on the parties' dispositive motions and in an attempt to avoid any unnecessary discovery expense, the parties agreed to complete various fact discovery following a ruling on the parties' dispositive motions;



SEP 1 0 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

NOW THEREFORE, the parties, by their attorneys, have stipulated to the following modifications to the Court's Scheduling Order, and hereby move that the Court enter the following Order:

The Court's Scheduling Order Shall be amended as follows:

1. Remaining fact discovery shall be completed by October 15, 2002. Expert discovery relating to damages shall be completed by November 8, 2002.

3(c). Disclosure of the identity of expert witnesses, relating to damages, under Rule 26(a)(2)(B) and full disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

i. By Plaintiffs on or before September 30, 2002.

ii. By Defendants on or before October 21, 2002.

This case shall be set for trial (JURY) on or after December 9, 2002.

The initial pretrial submissions identified in the Court's Notice Of Assignment Of Cases For Trial and Final Pretrial Order, dated August 12, 2002, shall be submitted no later than November 25, 2002; and the responsive submissions identified in that Order shall be submitted no later than December 2, 2002.

Dated: September 6, 2002

Christopher K. L

Alan M. Anderson (149500)
Christopher K. Larus (226828)
Fulbright & Jaworski L.L.P.
225 South Sixth Street
Suite 4850
Minneapolis, Minnesota 55402-4320
Telephone: (612) 321-2800

Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson

30319406.1

Dated: September 6, 2002

Jeffery J. Bouslog (174671)
Andrew S. Hansen (285894)
Oppehnheimer Wolff & Donnelly LLP
3300 Plaza VI Building
45 South Seventh Street
Minneapolis, Minnesota 55401-1609
(612) 607-7000

Edward F. O'Conner (123938)
Jan P. Weir (43253)
Stradling Yocca Carlson & Rauth
660 Newport Center Drive, Suite 1600
Newport Beach, California 92660
Telephone: (949) 725-4000

Attorneys for Defendants Wynn Oil Company and Petram Marketing, Inc.

ORDER

IT IS SO ORDERED.

BY THE COURT:

Dated: September 9, 2002

Susan Richard Nelson
United States District Magistrate Judge

30319406.1