UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

TRANSCLEAN CORPORATION, JAMES P. VIKEN, JON A. LANG, AND DONALD E. JOHNSON,

Plaintiffs,

v.

WYNN OIL COMPANY, A CALIFORNIA CORPORATION, AND PETRAM MARKETING, INC.

Defendants.

**FILE NO. 00-CV-2135 MJD/SRN**

**STIPULATION AND AMENDED NOTICE OF FINAL SETTLEMENT CONFERENCE**

WHEREAS, the Court's Notice of Final Settlement Conference, dated August 19, 2002 provides that a final settlement conference will be held on September 26, 2002, at 9:30 a.m.; and

WHEREAS, the Court has amended the deadline for fact discovery to October 15, 2002 by Amended Scheduling Order dated September 9, 2002; and

WHEREAS, the Court has amended the deadline for disclosure of the identity of expert witnesses, relating to damages and full disclosure of expert testimony to October 15, 2002 by Amended Scheduling Order dated September 9, 2002; and

WHEREAS, in light of the Court's Amended Scheduling Order providing additional time for discovery, the parties agree that a settlement conference would be most productive if held upon completion of all discovery and disclosures;

NOW THEREFORE, the parties, by their attorneys, have stipulated to the following modifications to the Court's Notice of Final Settlement Conference, and hereby move that the Court enter the following Order:

The Court's Notice of Final Settlement Conference, shall be amended as follows:

The settlement conference and other meetings and instructions pursuant thereto shall be postponed until the completion of all discovery and will be rescheduled by the Court at such a date and time as the Court deems appropriate.

FILED ... 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: September 17, 2002

Alan M. Anderson (149590)
Christopher K. Larus (226828)
Fulbright & Jaworski L.L.P.
225 South Sixth Street
Suite 4850
Minneapolis, Minnesota 55402-4320
Telephone: (612) 321-2800

Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson

Dated: September 13, 2002

Jeffery J. Bouslog (174671)
Andrew S. Hansen (285894)
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VI Building
45 South Seventh Street
Minneapolis, Minnesota 55401-1609
Telephone: (612) 607-7000

Edward F. O'Conner (123938)
Jan P. Weir (43253)
Stradling Yocca Carlson & Rauth
660 Newport Beach, California 92660
Telephone: (949) 725-4000

Attorneys for Defendants Wynn Oil Company and Petram Marketing, Inc.

ORDER

IT IS SO ORDERED.

Dated: September 19, 2002

BY THE COURT:

Susan Richard Nelson
United States District Magistrate Judge



TC2: 600764 v01 09/13/2002