UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2135 (MJD/SRN)

TRANSCLEAN CORP, ET AL.,

Plaintiffs,

v. **TRIAL NOTICE**

WYNN OIL COMPANY, ET AL,

Defendants.

---

The case listed is set for trial before Judge Michael J. Davis on **Monday, March 3, 2003 at 9:30 a.m.** with a pretrial conference set for 9:00 on March 3, 2003. The trial is scheduled through March 13, 2003. If any additional pretrial paperwork is filed, it is to be received by the Court two weeks prior to your date certain.

Dated: Oct. 4.02

Debra CH Long
DEBRA CH LONG
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED OCT 4 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENT'D________
DEPUTY CLERK________