NOV 21 2002

UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

TRANSCLEAN CORPORATION, JAMES P. VIKEN, JON A. LANG, AND DONALD E. JOHNSON,

Plaintiffs,

v.

WYNN OIL COMPANY, A CALIFORNIA CORPORATION, AND PETRAM MARKETING, INC.

Defendants.

**FILE NO. 00-CV-2135 MJD/SRN**

**STIPULATION AND ORDER**

WHEREAS, the Court's August 12, 2002, Order provided that certain pretrial submissions were due on September 16, 2002, two weeks prior to October 1, 2002, the beginning of the originally scheduled trial block; and

WHEREAS, the parties had additional discovery to complete after dispositive motions were decided and, therefore, the parties stipulated and the Court ordered the amendment of the trial schedule to provide a trial ready date of December 9, 2002, and pretrial submissions to be due two weeks earlier, on November 25, 2002; and

WHEREAS, the Court issued a Trial Notice on October 4, 2002, resetting this case for trial on March 3, 2003, and indicating that pretrial paperwork must be filed two weeks before the date certain; and

WHEREAS, defendants seek clarification that the Court's October 4, 2002, Order set the deadline for the pretrial submissions referenced in the Court's August 12, 2002, Order as two weeks prior to March 3, 2003.

FILED 11-25-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORIGINAL

NOW THEREFORE, the parties, by their attorneys, have stipulated to the following, and hereby move that the Court enter the following Order:

The Court's October 4, 2002, Order is clarified to provide that the pretrial submissions identified in the Court's August 12, 2002, Order shall be submitted by February 17, 2003; and the responsive submissions identified in that Order shall be submitted by February 24, 2003

Dated: November 20, 2002

FULBRIGHT & JAWORSKI L.L.P.

By: Christopher K. Larus

Alan M. Anderson (149590)
Christopher K. Larus (226828)
225 South Sixth Street, Suite 4850
Minneapolis, Minnesota 55402-4320
Telephone: (612) 321-2800

*Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson*

Dated: November 20, 2002

OPPENHEIMER WOLFF & DONNELLY LLP

By: ______________________

Jeffery J. Bouslog (174671)
Andrew S. Hansen (285894)
3300 Plaza VI Building
45 South Seventh Street
Minneapolis, Minnesota 55401-1609
Telephone: (612) 607-7000

and

Edward F. O'Conner (123938)
Jan P. Weir (43253)
Stradling Yocca Carlson & Rauth
660 Newport Beach, California 92660
Telephone: (949) 725-4000

*Attorneys for Defendants Wynn Oil Company and Petram Marketing, Inc.*

Transclean Corp, et al. v. Wynn Oil Co, et al., Civil No.: 00-2135 (MJD/SRN)

**ORDER**

IT IS SO ORDERED.

Dated: 11-22, 2002

BY THE COURT:

Michael J. Davis
United States District Judge