UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No.: 00-2135 (MJD/SRN)

TRANSCLEAN CORP, ET AL.,

Plaintiffs,

v.

**TRIAL NOTICE**

WYNN OIL COMPANY, ET AL,

Defendants.

---

Because of the Court's calendar, the trial in the above captioned case will be continued. A new date certain order will be forthcoming.

Dated: 11/25/02

Debra CH Long
DEBRA CH LONG
Calendar Clerk to the
Honorable Judge Michael J. Davis

FILED 11-25-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK