UNITED STATE DISTRICT COURT
DISTRICT OF MINNESOTA

TRANSCLEAN CORPORATION, JAMES P. VIKEN, JON A. LANG, AND DONALD E. JOHNSON,

Plaintiffs,

v.

WYNN OIL COMPANY, A CALIFORNIA CORPORATION, AND PETRAM MARKETING, INC.

Defendants.

**FILE NO. 00-CV-2135 MJD/SRN**

**STIPULATION AND ORDER**

WHEREAS, the Court's November 20, 2002, Order provides that pretrial submissions are due on February 17, 2003, and the responsive submissions are due February 24, 2003, based upon a trial date of March 3, 2003; and

WHEREAS, the Court issued a Trial Notice on November 25, 2002, continuing the date for trial; and

WHEREAS, in light of the unknown trial date certain and because the parties find it will be beneficial to attend the Final Settlement Conference scheduled for February 27, 2003, prior to making pretrial submissions;

NOW THEREFORE, the parties, by their attorneys, have stipulated to the following, and hereby move that the Court enter the following Order:

Pretrial submissions shall be submitted by March 10, 2003 and the responsive submissions shall be submitted by March 24, 2003.

FILED FEB 2 5 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.______
DEPUTY CLERK______

Dated: February 12, 2003

FULBRIGHT & JAWORSKI L.L.P.

By: Christopher K. Larus

Alan M. Anderson (149590)
Christopher K. Larus (226828)
225 South Sixth Street, Suite 4850
Minneapolis, Minnesota 55402-4320
Telephone: (612) 321-2800

*Attorneys for Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson*

Dated: February 12, 2003

OPPENHEIMER WOLFF & DONNELLY LLP

By: Heidi A.O. Fisher

Jeffery J. Bouslog (174671)
Andrew S. Hansen (285894)
Heidi A.O. Fisher (320638)
3300 Plaza VI Building
45 South Seventh Street
Minneapolis, Minnesota 55401-1609
Telephone: (612) 607-7000

and

Edward F. O'Conner (123938)
Jan P. Weir (43253)
Stradling Yocca Carlson & Rauth
660 Newport Beach, California 92660
Telephone: (949) 725-4000

*Attorneys for Defendants Wynn Oil Company and Petram Marketing, Inc.*

Transclean Corp, et al. v. Wynn Oil Co., et al., Civil No.: 00-2135 (MJD/SRN)

**ORDER**

IT IS SO ORDERED.

Dated: Feb 24, 2003

BY THE COURT:

Michael J. Davis
United States District Court Judge



TC2: 619864 v01 02/12/2003