UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lang,
and Donald E Johnson,

Civil No.00-2135 (MJD/SRN)

Plaintiffs,

v.

**ORDER**

Wynn Oil Company, and
Petram Marketing Inc.,

Defendants.

---

Alan M. Anderson, Esq. on behalf of Plaintiffs

Jan P. Weir, Esq. on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

Oral argument on the parties' motions in limine in the present case will be heard by the undersigned United States Magistrate Judge on Monday, May 5, 2003, at 9:30 a.m. in St. Paul. Trial will commence on Monday, May 12, 2003, at 9:30 a.m., and is scheduled to proceed for two weeks through May 23, 2003.

Dated: March 24, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 24 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK