UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Transclean Corporation,
James P. Viken, Jon A. Lang,
and Donald E Johnson,

Plaintiffs,

v.

Wynn Oil Company, and
Petram Marketing Inc.,

Defendants.

Civil No.00-2135 (MJD/SRN)

**ORDER**

---

Alan M. Anderson, Esq. on behalf of Plaintiffs

Jan P. Weir, Esq. on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

Oral argument on the parties' motions in limine in the present case will be heard by the undersigned United States Magistrate Judge on Tuesday, June 10, 2003, at 9:30 a.m. in St. Paul, Minnesota. Trial will commence on Monday, June 23, 2003, at 9:00 a.m., and is scheduled to proceed for two weeks through July 3, 2003.

Dated: March 31, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

MAR 3 1 2003
FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________