**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Transclean Corporation, et al.,** **Civil No. 00-2135 (MJD/SRN)**

**Plaintiffs,**

**v.**

**ORDER**

**Wynn Oil Company, et al.,**

**Defendants.**

---

Alan M. Anderson, Esq., on behalf of Plaintiffs.

Andrew S. Hansen Esq. and Jan P. Weir, Esq., on behalf of Defendants.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On March 14, 2003, the Honorable Michael J. Davis, United States District Judge for the District of Minnesota, referred the above-entitled matter to the undersigned United States Magistrate Judge for hearings and trial. Consent to proceed before a United States Magistrate Judge, however, was not obtained from the parties. Consequently, the case will be referred back to Judge Davis.

Dated: April 21, 2003

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

APR 22 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK