UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRANSCLEAN CORPORATION, ET AL., Civil No. 00-2135 MJD/SRN

Plaintiffs,

v. ORDER

WYNN OIL COMPANY, ET AL.,

Defendants.

---

WHEREAS, the parties settled this matter on the 28th day of April, 2003, and said agreement was put on the record, and

WHEREAS, the Court following the settlement directed the attorneys to endeavor to reduce their agreement to writing, and

WHEREAS, the Court has been advised by counsel that a disagreement has arisen concerning the terms of the written agreement,

NOW THEREFORE, IT IS HEREBY ORDERED THAT counsel are to submit to the undersigned no later than 4:30 p.m. on May 22, 2003, their proposed settlement agreement for the Court to review. A letter shall accompany the proposed settlement agreement outlining the paragraphs in which counsel are disputing. The Court shall issue an order without hearing oral arguments.

Dated: May 15, 2003

ARTHUR J. BOYLAN
United States Magistrate Judge

Filed MAY 15 2003
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______

MEMORANDUM

It is the Court's understanding that a transcript of the settlement proceeding has been ordered. Upon receiving a copy of said transcript and the parties' proposed settlement agreements, the Court will take this matter under advisement.

AJB