UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.: 98-2461 (MJD/SRN)

TRANSCLEAN CORP.,

Plaintiff,

v.

**ORDER OF REFERAL**

WYNN OIL CO.,

Defendant.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Susan R. Nelson is designated to conduct hearings and trial.

Dated: March 14, 2003

Michael J. Davis
Michael J. Davis, Judge
United States District Court

FILED 3-14-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_____
DEPUTY CLERK_____