UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRANSCLEAN CORPORATION, JAMES P. VIKEN, JON A. LANG, AND DONALD E. JOHNSON,

Plaintiffs,

v.

WYNN OIL COMPANY, A CALIFORNIA CORPORATION, AND PETRAM MARKETING, INC.,

Defendants.

FILE NO. 00-CV-2135 MJD/SRN

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiffs Transclean Corporation, James P. Viken, Jon A. Lang, and Donald E. Johnson, and Defendants Wynn Oil Company and Petram Marketing, Inc., through their respective counsel, that the above-captioned action shall be dismissed with prejudice and on the merits, and without cost to any of the parties, pursuant to Fed. R. Civ. P. 41.

DATED: October 16, 2003.

Alan M. Anderson (149500)
Christopher K. Larus (226828)
Fulbright & Jaworski L.L.P.
4850 First Bank Place
601 Second Ave. South
Minneapolis, MN 55402-4320
Telephone: (612) 321-2800

ATTORNEYS FOR PLAINTIFFS
TRANSCLEAN CORPORATION,
JAMES P. VIKEN, JON A. LANG, AND
DONALD E. JOHNSON

DEC - 1 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: ~~October~~ November 26, 2003.

Andrew S. Hansen, Esq. (285894)
Oppenheimer Wolff & Donnelly LLP
3300 Plaza VI Building
45 South Seventh Street
Minneapolis, MN 55401-1609

Jan P. Weir, Esq. (106652)
Stradling Yocca Carlson & Rauth
6600 Newport Center Drive
Suite 1600
Newport Beach, CA 92660
Telephone:

ATTORNEYS FOR DEFENDANT
WYNN OIL COMPANY

Transclean Corp., et al., v. Wynn Oil Co., et al., Civil No.: 00-2135 (MJD/SRN)

**ORDER**

IT IS SO ORDERED.

BY THE COURT:

Dated: 12-1, 2003.

Honorable Michael J. Davis
United States District Court Judge